```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
KEVIN ALLAN HOLMAN,                 :
                                    :
                Plaintiff,          :   08 Civ. 5281 (VM)
                                    :
     - against -                    :   **ORDER FOR REASSIGNMENT**
                                    :   **TO WHITE PLAINS**
BROOKSIDE DAY CARE CENTER OF THE    :
DUTCHESS COUNTY YMCA,               :
                                    :
                Defendant.          :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

In reviewing the complaint filed in this matter the Court notes that plaintiff Kevin Allan Holman ("Holman") asserts that he is a resident of Poughkeepsie, New York and that defendant Brookside Day Care Center of Dutchess County YMCA ("Brookside") is a charitable organization located in=== and doing business in Dutchess County, New York. The complaint indicates that the events giving rise to the claims asserted in the underlying action occurred in connection with injury Holman suffered as a result of alleged unlawful employment discrimination by Brookside. It therefore appears that in whole or in major part this action arose in Dutchess County and that all or substantial parts of the material events, documents, persons and potential witnesses related to this action are located in Dutchess County. Accordingly, pursuant to Rule 22 of the Rules for the Division of Business Among District Judges, in the interest of justice and sound judicial administration, it is hereby

**ORDERED** that the Clerk of Court is directed to reassign this case to White Plains.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         23 June 2008

                                    _____
                                          VICTOR MARRERO
                                            U.S.D.J.