**COURTESY COPY**



RECEIVED
JUN 19 2008
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Kevin Allan Holman_

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

08 Civ. 5281 (Y) (M)

-against-

_Brookside Day Care Center of the Dutchess County YMCA_

APPL... **MEMO ENDORSED**

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

1. Name of applicant. _Kevin Allan Holman_

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary)

   _I need a lawyer because I do not have money and I cannot afford a lawyer. I have no source of income at all._

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary)

   _I have called numerous lawyers, but I have no money to afford a lawyer. I receive only food stamps from Social Services. My unemployment insurance was cut off in January. I have no money and can't afford a lawyer._

4. If you need a lawyer who speaks in a language other than English, state what language you speak:

   _English is my primary language._

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.

6. I understand that if my answers on my Request to Proceed In Forma Pauperis are false, my case may be dismissed.

7. **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: _5/7/08_                                      _[Signature]_
                                                     Signature

Rev. 05/2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Kevin Allan Holman*

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

08 Civ. 5281 (KMK)

-against-

*Brookside Day Care Center of the Dutchess County YMCA*

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

REQUEST TO PROCEED
IN FORMA PAUPERIS
FOR APPLICATION FOR THE
COURT TO REQUEST COUNSEL

I, *Kevin Allan Holman*, (print or type your name) am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   *NO EMPLOYMENT*

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   *July 2007 - August 2007*
   *$9.50/HR - $1600.00 (EARNINGS PER MONTH)*

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   *10/17/07 - 1/27/08 - $4,500.00 (UNEMPLOYMENT INSURANCE)*

   a) Are you receiving any public benefits?  ☒ No  ☐ Yes, $ 0
   b) Do you receive any income from any other source?  ☒ No  ☐ Yes, $ 0

   *5/7/07 - 6/26/07 - $2,500.00 (BROOKSIDE/YMCA)*

   *7/15/07 - 8/6/07 - $1,000.00 (MEAD ORCHARDS)*

   */2 MONTH    TOTAL - $8,000.00 (ONE YEAR)*

Rev. 05/2007

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☑ No.  ☐ Yes, $ 0 .

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☐ No.  ☑ Yes, APARTMENT - I PAY $600.00/MONTH

NO MONEY SINCE 1/27/08 (4 MONTHS) - WILL BE HOMELESS ON 5/31/08.

6. Do you pay for rent or for a mortgage? If so, how much each month?

☐ No.  ☑ Yes, $ 600.00/MONTH (RENT)

FAITHFULLY MADE PAYMENTS FOR NEARLY 2 YRS

(NO INCOME)

7. List the person(s) that you pay money to support and the amount you pay each month.

I PAY $600.00/MONTH TO WALTER MORGAN (LANDLORD) / I PAY $100.00 PHONE BILL(S) TO AT&T AND CELL PHONE / I PAY $30.00/MONTH TO INTERNET ACCESS (TIME WARNER CABLE)

8. State any special financial circumstances which the Court should consider.

I ATTENDED ST. JOHN'S UNIVERSITY IN QUEENS NEW YORK & STATEN ISLAND NEW YORK FROM 9/99-5/03, OWE THOUSANDS OF DOLLARS IN STUDENT LOANS. HAVE ALWAYS LIVE AT OR BELOW POVERTY LEVEL.

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 7 day of MAY, 2008

Signature

Request to proceed IFP is granted. The request for counsel is denied, without prejudice to Mr. Holmen to provide more of an explanation for why counsel will help him in this case. So ordered.

7/8/08

Rev. 05/2007