# MEMO ENDORSED

**ROLAND E. BUTTS**
ATTORNEY & COUNSELLOR AT LAW
224 CHURCH STREET
POUGHKEEPSIE, NEW YORK 12601

LEGAL ASSISTANTS
LORI A. SCHULZE
JEANMARIE PAUL

(845) 471-4221
Fax (845) 471-4239

August 21, 2008

Hon. Kenneth M. Karas
United States Courthouse
300 Quarropas St.
Room 553
White Plains, NY 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

RE: Holman v. Brookside Day Care Center
08 CV 5281

Dear Judge Karas:

I have been requested by the Brookside Day Care Center to protect its rights while it seeks to have this claim defended by its insurance carrier. I am requesting an additional 30 days for the defendant to answer the pro se complaint served upon it.

I have attempted to contact the pro se plaintiff at the telephone number set forth in the complaint to obtain his consent. It appears to be the number of the plaintiff's cell phone, but his message center is full so that the phone will not accept any new messages. I have no way to contact him. I am, by copy of this letter, requesting that he contact me.

Since I have not been able to obtain the consent of the pro se plaintiff for an extension of time to answer the complaint herein, I respectfully request the Court to grant a thirty day extension of the defendant's time to answer the complaint herein. I fully expect that the insurance carrier's attorneys will have taken over the defense of this case by then.

Your consideration of this request is greatly appreciated.

Respectfully yours,

Roland E. Butts

REB/las
Via Fax: 914-390-4152 (Fax delivery of this letter to the Court was authorized by Dawn Bordes on 8/21/08)
cc: Kevin Allan Holman, Plaintiff, pro se
Brookside Day Care Center (YMCA)

*Defendant is given 30 days to answer the complaint.*

*So Ordered.*

*8/28/08*